District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEPTHI WARRIER EDAKUNNI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security<br><br>Defendant. | Case No. 2:21-cv-00393-RAJ<br><br>ORDER GRANTING MOTION TO CONSOLIDATE CASES AND SETTING BRIEFING SCHEDULE |

Having reviewed the parties' stipulated motion, the Court finds good cause shown to consolidate this case with the matter of *Sharma v. Mayorkas*, 2:21-cv-546-RAJ. The consolidated case will bear Case No. 2:21-cv-00393-RAJ as the lead case number.

Further, the following briefing schedule for the Parties' cross-motions for summary judgment is ORDERED:

| | |
|---|---|
| Moving Briefs | June 28, 2021 |
| Opposition Briefs | July 19, 2021 |
| Reply Briefs | July 23, 2021 |

ORDER CONSOLIDATING CASES
AND SETTING BRIEFING SCHEDULE - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

The initial scheduling orders are VACATED as these cases are exempt from FRCP 26(a) and 26(f).

DATED this 14th day of June, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONSOLIDATING CASES
AND SETTING BRIEFING SCHEDULE - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800