District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEPTHI WARRIER EDAKUNNI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>Defendant. | Case No.  21-cv-393-TL<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>January 23, 2023 |

The Parties provide NOTICE that the claims in this litigation have been resolved pursuant to a settlement agreement.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the settlement agreement, the Parties, through undersigned counsel, STIPULATE and AGREE to voluntary dismissal of this action with prejudice.

DATED: January 23, 2023

*s/Kripa Upadhyay*
KRIPA UPADHYAY
KARR TUTTLE CAMPBELL
501 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: 206-224-8092
Email: kripa@karrtuttle.com

STIPULATED MOTION TO DISMISS- 1
NO.  21-cv-393-TL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | |
| 2 | *s/Jonathan D. Wasden*<br>JONATHAN D. WASDEN |
| 3 | WASDEN LAW<br>9427 Goldfield Ln. |
| 4 | Burke, VA 22015<br>Phone: 843-872-4978 |
| 5 | Email: jon@wasden.law<br>*admitted pro hac vice* |
| 6 | *s/Jesse M. Bless* |
| 7 | JESSE M. BLESS<br>Bless Litigation |
| 8 | 6 Vineyard Lane<br>Georgetown, MA 01833 |
| 9 | Phone: 781-704-3897<br>Email: jesse@blesslitigation.com |
| 10 | *admitted pro hac vice* |
| 11 | *s/Steven A. Brown*<br>STEVEN A. BROWN |
| 12 | REDDY & NEUMANN, P.C.<br>11000 Richmond Avenue, Suite 600 |
| 13 | Houston, Texas 77042<br>Phone: (713) 429-4793 |
| 14 | Email: steven@rnlawgroup.com<br>*admitted pro hac vice* |
| 15 | **Attorneys for Plaintiffs** |
| 16 | NICHOLAS W. BROWN<br>United States Attorney |
| 17 | *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657 |
| 18 | Assistant United States Attorney<br>United States Attorney's Office |
| 19 | 1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402 |
| 20 | Phone: 253-428-3824<br>Email: michelle.lambert@usdoj.gov |
| 21 | |
| 22 | *s/ James C. Strong*<br>JAMES C. STRONG, WSBA # 59151 |
| 23 | Assistant United States Attorney<br>United States Attorney's Office |
| 24 | 700 Stewart Street, Suite 5220 |

STIPULATED MOTION TO DISMISS- 2
NO.  21-cv-393-TL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1   Seattle, Washington 98101-1271
    Phone:  206-553-7970
2   Email:  james.strong@usdoj.gov

3   **Attorneys for Defendant**

STIPULATED MOTION TO DISMISS- 3
NO.  21-cv-393-TL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

**[PROPOSED]** ORDER

Pursuant to the Parties' stipulation (Dkt. No. 100), the case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated this 24th day of January 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS- 4
NO.  21-cv-393-TL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800